## PROPOSED ORDER/COVER SHEET

**TO:** Honorable Richard Seeborg
U.S. Magistrate Judge

**RE:** Greg Pennington

**FROM:** Claudette M. Silvera, Chief
U.S. Pretrial Services Officer

**DOCKET NO.:** CR 05-00391 RMW

### THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

Laura Weigel
U.S. Pretrial Services Officer

408-535-5230
TELEPHONE NUMBER

**RE:** MODIFICATION OF CONDITIONS (OR INFORMATION/VIOLATION)

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

[ ] I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

[ ] Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. __4__ on __7/18/06__ at __9:30 a.m.__

[ ] Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge_____ Presiding District Court Judge_____

[ ] I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

[ ] Modification(s)

A.

B.

[ ] Bail Revoked/Bench Warrant Issued.

[ ] I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

[ ] Other Instructions:

_____

**FILED**
JUL -7 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

_____
JUDICIAL OFFICER

**DATE** 7/7/06

Cover Sheet (12/03/02)