KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK L. KROTOSKI (CASBN 138549)
Chief, Criminal Division

SHAWNA YEN (CSNB 224447)
Assistant U.S. Attorney

150 Almaden Boulevard, Suite 900
San Jose, CA, 95113
Telephone: 408-535-5054
Facsimile: 408-535-5066

Attorneys for Plaintiff

FILED
JUL 24 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 05-00391 RMW |
| Plaintiff, | |
| v. | [Proposed] ORDER MODIFYING CONDITIONS OF PRETRIAL RELEASE |
| GREG ALAN PENNINGTON, | |
| Defendant. | |

This matter came before the Court for a bail review hearing on Tuesday, July 18, 2006. Counsel for the government and the defendants were present. Based on the colloquy at the hearing, the Court rules as follows:

IT IS HEREBY ORDERED that the conditions of pretrial release be modified to add the following special condition: "The defendant shall not access or possess any materials depicting sexually explicit conduct as defined in 18 U.S.C. § 2256(2)."

[Proposed] ORDER MODIFYING CONDITIONS OF PRETRIAL RELEASE
U.S. v. PENNINGTON

Dated this 24th day of July, 2006.

RICHARD SEEBORG
United States Magistrate Judge

Copies to be served on:

SHAWNA YEN
Assistant U.S. Attorney
150 Almaden Boulevard, Suite 900
San Jose, CA 95113

THOMAS J. FERRITO, ESQ.
Attorney for Greg Pennington
One Hundred One Church Street, Suite 14
Post Office Box 215
Los Gatos, CA 95032

LAURA WEIGEL
U.S. Pretrial Services Officer
U.S. Pretrial Services Agency
Northern District of California
280 Sought First Street, #1150
San Jose, CA 95136

[Proposed] ORDER MODIFYING CONDITIONS OF PRETRIAL RELEASE
U.S. v. PENNINGTON