# United States District Court

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FILED
AUG - 1 2006
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES OF AMERICA )
)
vs. ) Docket Number: CR 05-00391 RMW
)
Greg A. Pennington )
)

## ORDER CONTINUING DATE OF JUDGMENT AND SENTENCE

ON MOTION OF THE PROBATION OFFICER and good cause appearing, it is hereby ordered that the judgment and sentence originally set for _____September 5, 2006_____ be continued until ~~October 16, 2006~~ OCTOBER 23, 2006 at 9:00 a.m. (JL)

Date: 7/17/06

Ronald M. Whyte
United States District Judge