## PROPOSED ORDER/COVER SHEET

| | | | |
|---|---|---|---|
| **TO:** | Honorable Richard Seeborg<br>U.S. Magistrate Judge | **RE:** | Greg Pennington |
| **FROM:** | Claudette M. Silvera, Chief<br>U.S. Pretrial Services Officer | **DOCKET NO.:** | CR 05-00391 RMW |

### THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

| Anthony Granados | 408-535-5223 |
|---|---|
| U.S. Pretrial Services Officer | TELEPHONE NUMBER |

**RE: MODIFICATION OF CONDITIONS (OR INFORMATION/VIOLATION)**

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

[ ] I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

[X] Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _4_, _SJ Flour_ on _April 2, 2007_ at _11:00 a.m._

[ ] Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge_____ Presiding District Court Judge_____

[ ] I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

[X] Modification(s)

A. The defendant shall be temporarily remanded to the custody of the United States Marshal Service for his own safety.

B.

[ ] Bail Revoked/Bench Warrant Issued.

[ ] I am returning the signed order and direct that a copy be provided to the Court and all interested parties (AUSA and Defense Counsel).

[ ] Other Instructions:

_____

**FILED**
MAR 29 2007
CLERK
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

_____    3/29/07
JUDICIAL OFFICER            DATE

Cover Sheet (12/03/02)